UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

NUNYO DEMASIO,

                            Plaintiff,       **25 cv 6805 (LGS)**

        - against -

                                          **JUDGMENT**

THE CITY OF NEW YORK,
MICHAEL DEFALCO, JOSE ROJAS,

                          Defendants.
-------------------------------------------------------------x

      Whereas Defendants, having offered to allow plaintiff Nunyo Demasio to take a judgment against defendant City of New York in this action for the total sum of fifteen thousand and one ($15,001.00) dollars, plus reasonable attorneys' fees, expenses, and costs to the date of this offer for plaintiff's federal claims; plaintiff's attorney having accepted the offer of judgment and the offer is not to be construed as an admission of liability by defendants, or any official, employee, or agent of the City of New York, or any agency thereof, nor is it an admission that plaintiff has suffered damages, it is,

      **ORDERED, ADJUDGED, AND DECREED**, That plaintiff have judgment in the amount of $15,001.00, plus reasonable attorneys' fees, expenses, and costs to the date of the offer for Plaintiff's federal claims as against the City of New York.

                  **SO ORDERED.**

**DATED:**     New York, New York

          __April 15__ , 2026

                                      **LORNA G. SCHOFIELD**
                             **UNITED STATES DISTRICT JUDGE**