UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

NUNYO DEMASIO,

                         Plaintiff,

           -against-

THE CITY OF NEW YORK et al.,

                   Defendants.

-----------------------------------------------------------X

25 Civ. 6805 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiff in this action accepted an offer of judgment "in full satisfaction of all federal and state law claims or rights that plaintiff may have . . . arising out of the alleged acts or omissions of defendants . . . in connection with the facts and circumstances that are the subject of this action." (Dkt. 15, at 2.)

WHEREAS, on April 15, 2026, judgment was entered in accordance with the accepted offer of judgment. It is hereby

**ORDERED** that all conferences and deadlines in this action are **CANCELED**.

The Clerk of Court is respectfully directed to close the case.

Dated: April 16, 2026
       New York, New York

                             **LORNA G. SCHOFIELD**
                       **UNITED STATES DISTRICT JUDGE**