**CYRUS JOUBIN, ESQ.**
43 West 43rd Street, Suite 119 – New York, NY 10036
347-349-0724 (office); 703-851-2467 (cell)
718-228-7679 (fax)
joubinlaw@gmail.com

April 24, 2026

Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Application **GRANTED**.  By **May 29, 2026**, Plaintiff shall
submit the motion for costs and attorneys' fees.

Dated: April 27, 2026
      New York, New York

Re:    Demasio v. City of New York, et al.
      25 cv 6805 (LGS)

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dear Judge Schofield:

As counsel for Plaintiff Nunyo Demasio, I respectfully write with Defendants' consent to request a 30-day extension of Plaintiff's deadline to file a motion for costs and attorney's fees.  Judgment pursuant to Rule 68 was entered on April 15, 2026 (ECF No. 17), making Plaintiff's fee application currently due on April 29, 2026.  Plaintiff respectfully requests that the deadline be extended to May 29, 2026.

This is Plaintiff's first request for an extension of this deadline.  The parties require additional time to engage in meaningful negotiations regarding attorney's fees and costs, which may obviate the need for a fee application.  If the parties reach agreement, they will promptly notify the Court.

The parties thank the Court for its time and attention to this matter.

Respectfully submitted,

_____
Cyrus Joubin, Esq.
*Attorney for Plaintiff*