**CYRUS JOUBIN, ESQ.**
43 West 43rd Street, Suite 119 – New York, NY 10036
347-349-0724 (office); 703-851-2467 (cell)
718-228-7679 (fax)
joubinlaw@gmail.com

---

May 27, 2026

Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Application **GRANTED**.  By **June 19, 2026**, Plaintiff shall file a motion for costs and attorneys' fees.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 21.

Dated: May 28, 2026
      New York, New York

    Re:    Demasio v. City of New York, et al.
           25 cv 6805 (LGS)

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Dear Judge Schofield:

      As counsel for Plaintiff Nunyo Demasio, I respectfully write with Defendants' consent to request a 3-week extension of Plaintiff's deadline to file a motion for costs and attorney's fees.  The current deadline is May 29, 2026 (ECF No. 20).  Plaintiff respectfully requests that the deadline be extended to June 19, 2026.

      This is Plaintiff's second request for an extension of this deadline.  The Court granted Plaintiff's first request on April 27, 2026 (ECF No. 20).  The reason for this extension request is that the parties require additional time to negotiate reasonable attorney's fees and costs; the parties aim to obviate the need for a fee application.  If the parties reach agreement, they will promptly notify the Court.

      The parties thank the Court for its time and attention to this matter.

           Respectfully submitted,

           Cyrus Joubin, Esq.
           *Attorney for Plaintiff*