UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
NUNYO DEMASIO,                                                 :
                                                               :
                                    Plaintiff,                 :          25 Civ. 6805 (LGS)
                                                               :
                 -against-                                     :          ORDER
                                                               :
THE CITY OF NEW YORK et al.,                                   :
                                                               :
                                    Defendants.                :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

        The Court has been informed that the parties have reached a settlement in principle in this

case as to attorneys' fees and costs.  Accordingly, it is hereby ORDERED that this action is

dismissed without costs and without prejudice to restoring the action to the Court's calendar,

provided the application to restore the action is made within thirty (30) days of this Order.  Any

application to reopen filed after thirty (30) days from the date of this Order may be denied solely

on that basis.  Any pending motions are DENIED as moot, and all conferences are CANCELED.

Dated:  June 22, 2026
        New York, New York

_____
        LORNA G. SCHOFIELD
        UNITED STATES DISTRICT JUDGE